JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUHAN DAVIS, | Case No.  CV-17-00131-DSF (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C.C.I. TEHACHAPI WARDEN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus as Untimely,

IT IS ADJUDGED that the Petition (Dkt. 1) is dismissed with prejudice.

DATED: _____   3/6/17

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE